# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 22-03468 (MAG) |
| | * | |
| ARINED M ROSADO ORTIZ | * | CHAPTER 13 |
| | * | |
| Debtor | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION SUBMITTING AMENDED CHAPTER 13 PLAN DATED MARCH 7, 2023

**TO THE HONORABLE COURT:**

    **COMES NOW** the above-named Debtor through the undersigned attorney and very respectfully prays, alleges, and requests:

1. Debtor herein submits **Amended Chapter 13 Plan dated March 7, 2023 to amend §§3.6, 3.7 and 4.6 to increase plan base in order to provide for payment of Proof of Claim #1 filed by Freedom Financial.**

### NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the motion will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy or (iii) in the opinion of the court, the interest of justice requires otherwise.

    **WHEREFORE** it is respectfully requested that this Honorable Court enter an order confirming Debtor's amended plan of March 7, 2023.

    **I HEREBY CERTIFY** that a true copy of this motion has been sent to: Chapter 13 Trustee, Jose R. Carrion, Esq., P.O. Box 9023884, San Juan, PR 00902-3884 and to all creditors as per Master Address List attached herein.

**RESPECTFULLY SUBMITTED.**

In Bayamón, Puerto Rico, this March 7, 2023.

>  */s/ Roberto Pérez Obregón*
> **ROBERTO PÉREZ OBREGÓN**
> **PO BOX 9497**
> **BAYAMON PR  00960 8041**
> **TEL.:  787-787-9883**
> **U.S.D.C. #202003**
> **elizabethalemany@msn.com**
> **rperez23@msn.com**

UNITED STATES BANKRUPTCY COURT
District of Puerto Rico, San Juan Division

In Re
**ROSADO ORTIZ, ARINED MARIE**

XXX-XX-**9090**

XXX-XX-

**Puerto Rico Local Form G**

**Chapter 13 Plan dated** <u>03/07/2023</u>

Case No: **2:22-bk-3468**

Chapter 13

**[X]** Check if this is a pre-confirmation amended plan.

**[ ]** Check if this is a post confirmation amended plan
    Proposed by:
        **[X]** Debtor(s)
        **[ ]** Trustee
        **[ ]** Unsecured creditor(s)

**[X]** If this is an amended plan, list below the sections of the plan that have been changed.
**§§3.6, 3.7 and 4.6**

---

# PART 1 Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable.

*In the following notice to creditors, you must check each box that applies.*

**To Creditors:** **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. The headings contained in this plan are inserted for reference purposes only and shall not affect the meaning or interpretation of this plan.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court.** The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you must file a timely proof of claim in order to be paid under this plan, unless ordered otherwise.

If a claim is withdrawn by a creditor or amended to an amount less than the amount already disbursed under the plan on account of such claim**:** (1) The trustee is authorized to discontinue any further disbursements to related claim; (2) The sum allocated towards the payment of such creditor's claim shall be disbursed by the trustee to Debtor's remaining creditors. (3) If such creditor has received monies from the trustee (Disbursed Payments), the creditor shall return funds received in excess of the related claim to the trustee for distribution to Debtor's remaining creditors. (4) If Debtor has proposed a plan that repays his or her creditors in full, funds received in excess of the related claim shall be returned to the Debtor.

The following matters may be of particular importance. Debtor(s) must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | [ ] Included | [X] Not included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4 | [ ] Included | [X] Not included |
| 1.3 | Nonstandard provisions, set out in Part 8 | [X] Included | [ ] Not included |

## PART 2: Plan Payments and Length of Plan

2.1 **Debtor(s) will make payments to the trustee as follows:**

| PMT Amount | Period(s) | Period(s) Totals | Comments |
|---|---|---|---|
| 230.00 | 12 | 2,760.00 | |
| 1,930.00 | 1 | 1,930.00 | Additional funds in the amount of $1,700 from Special Government Bonus |
| 230.00 | 11 | 2,530.00 | |
| 1,930.00 | 1 | 1,930.00 | Additional funds in the amount of $1,700 from Special Government Bonus |
| 230.00 | 11 | 2,530.00 | |
| 1,930.00 | 1 | 1,930.00 | **Additional funds in the amount of $1,700 from Special Government Bonus** |
| 230.00 | 11 | 2,530.00 | |
| 1,930.00 | 1 | 1,930.00 | Additional funds in the amount of $1,700 from Special Government Bonus |
| 230.00 | 9 | 2,070.00 | |
| 310.00 | 2 | 620.00 | Additional funds in the amount of $80 from maturity date of retirement loan |
| Subtotals | 60 | 20,760.00 | |

*Insert additional lines if needed*

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

2.2 **Regular payments to the trustee will be made from future income in the following manner:**

*Check all that apply.*
**[ ]** Debtor(s) will make payments pursuant to a payroll deduction order.
**[X]** Debtor(s) will make payments directly to the trustee.
**[ ]** Other (specify method of payment): _____

2.3 **Income tax refunds:**

Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will comply with 11 U.S.C. § 1325(b)(2). If the Debtor(s) need(s) to use all or a portion of such "Tax Refunds," Debtor(s) shall seek court authorization prior to any use thereof.

2.4 **Additional payments:**

*Check one.*
**[X]** None. *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

## PART 3: Treatment of Secured Claims

3.1 **Maintenance of payments and cure of default, if any.**

*Check one.*
**[ ] None**. *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

**[X]** The Debtor(s) will maintain the current contractual installment payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed either by the trustee or directly by the Debtor(s), as specified below. Any existing arrearage on a listed claim will be paid in full through disbursements by the trustee, with interest, if any, at the rate stated, pro-rated unless a specific amount is provided below. Unless otherwise ordered by the court, the amounts listed on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) control over any contrary amounts listed below as to the current installment payment and arrearage. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. If relief from the automatic stay is ordered as to any item of collateral listed in this paragraph, then, unless otherwise ordered by the court, all payments under this paragraph as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan. The final column includes only payments disbursed by the trustee rather than by the Debtor(s).

| Name of creditor | Collateral | Current installment payments (Including escrow) | Amount of Arrearage (If any) | Interest rate on arrearage (If any) | Monthly plan PMT on arrearage | Estimated total payments by trustee |
|---|---|---|---|---|---|---|
| **BANCO POPULAR** | **Retirement Plan** | **79.25** | **1.00** | | | **1.00** |
| | | Disbursed by:<br>[ ] Trustee<br>[X] Debtor(s) | | | | |

*Insert additional claims as needed.*

3.2 **Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.**

*Check one.*

**[X] None**. *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

*The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.*

3.3 **Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*
**[X] None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

3.4 **Lien Avoidance.**

*Check one.*
**[X] None**. *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

3.5 **Surrender of collateral.**

*Check one.*
**[ ] None**. *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

**[X]** The Debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The Debtor(s) request that upon confirmation of this plan, the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| Name of creditor | Collateral |
|---|---|
| **ASOCIACION DE EMPLEADOS DEL ELA** | **Savings and Shares Account** |
| **COOP DE AH Y CR DE HATILLO** | **Shares Account** |

*Insert additional lines as needed.*

3.6 **Pre-confirmation adequate protection monthly payments ("APMP") to be paid by the trustee.**
   **[X]** Payments pursuant to 11 USC §1326(a)(1)(C):

| Name of secured creditor | $ Amount of APMP | Comments |
|---|---|---|
| **MUEBLERIAS BERRIOS** | **15.00** | |
| **FREEDOM ROAD FINANCIAL** | **65.00** | |

*Insert additional lines as needed.*

Pre-confirmation adequate protection payments made through the plan by the trustee are subject to the corresponding statutory fee.

3.7 **Other secured claims modifications.**

*Check one.*
**[ ] None**. *If "None" is checked, the rest of § 3.7 need not be completed or reproduced.*

**[X]** Secured claims listed below shall be modified pursuant to 11 U.S.C. § 1322(b)(2) and/or § 1322(c)(2). Upon confirmation, the trustee shall pay the allowed claim as expressly modified by this section, at the annual interest rate and monthly payments described below. Any listed claim will be paid in full through disbursements by the trustee, with interest, if any, at the rate stated, pro-rated unless a specific amount is provided below. Unless otherwise ordered by the court, the amounts listed on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) control over any contrary amounts listed below. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. If no monthly

payment amount is listed below, distribution will be prorated according to plan section 7.2

| Name of creditor | Claim ID # | Claim amount | Modified interest rate | Modified term (Months) | Modified P&I | Property taxes (Escrow) | Property insurance (Escrow) | Total monthly payment | Estimated total PMTs by trustee |
|---|---|---|---|---|---|---|---|---|---|
| **MUEBLERIAS BERRIOS** | **4-1** | **7,139.88** [X] To be paid in fill 100% | | | | | | | **7,139.88** |
| **FREEDOM ROAD FINANCIAL** | **1-1** | **6,553.63** [X] To be paid in fill 100% | | | | | | | **6,553.63** |

*Insert additional lines as needed.*

## PART 4: Treatment of Fees and Priority Claims

4.1 **General**

Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

4.2 **Trustee's fees**
Trustee's fees are governed by statute and may vary during the term of the plan, nevertheless are estimated for confirmation purposes to be 10 % of all plan payments received by the trustee during the plan term.

4.3 **Attorney's fees**

*Check one.*

**[X] Flat Fee**: Attorney for Debtor(s) elect to be compensated as a flat fee for their legal services, up to the plan confirmation, according to LBR 2016-1(f).

**OR**

**[ ] Fee Application**: The attorneys' fees amount will be determined by the court, upon the approval of a detailed application for fees and expenses, filed not later than 14 days from the entry of the confirmation order.

| | |
|---|---|
| Attorney's fees paid pre-petition: | $ **400.00** |
| Balance of attorney's fees to be paid under this plan are estimated to be: | $ **3,600.00** |
| If this is a post-confirmation amended plan, estimated attorney's fees: | $ **0.00** |

4.4 **Priority claims other than attorney's fees and those treated in §§ 4.5, 4.6.**

*Check one.*
**[ ] None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

**[X]** The Trustee shall pay in full all allowed claims entitled to priority under §507, §1322(a)(2), estimated in $**368.49**

| Name of priority creditor | Estimate amount of claim to be paid |
|---|---|
| **DEPARTMENT OF TREASURY** | **368.49** |

*Insert additional lines as needed.*

4.5 **Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**

*Check one.*
**[X] None**. *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

4.6 **Post confirmation property insurance coverage**

*Check one.*
**[ ] None**. *If "None" is checked, the rest of § 4.6 need not be completed or reproduced.*

**[X]** The Debtor(s) propose to provide post confirmation property insurance coverage to the secured creditors listed below:

| Name of creditor insured | Insurance Company | Insurance coverage beginning date | Estimated insurance premium to be paid | Estimated total payments by trustee |
|---|---|---|---|---|
| **FREEDOM ROAD FINANCIAL** | **UNIVERSAL INSURANCE** | **2/2/2023** | **29.41** | **0.00** |
| | | | | Disbursed by:<br>[ ] Trustee<br>[X] Debtor(s) |

*Insert additional lines as needed.*

## PART 5: Treatment of Nonpriority Unsecured Claims

**5.1 Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid pro rata. If more than one option is checked, the option providing the largest payment will be effective.

*Check all that apply.*

[ ] The sum of $ _____.

[ ] _____% of the total amount of these claims, an estimated payment of $ _____.

[X] The funds remaining after disbursements have been made to all other creditors provided for in this plan.

[X] If the estate of the Debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $ **0.00**.

**5.2 Maintenance of payments and cure of any default on nonpriority unsecured claims.**

*Check one.*
[X] **None**. *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

**5.3 Other separately classified nonpriority unsecured claims.**

*Check one.*
[X] **None**. *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

## PART 6: Executory Contracts and Unexpired Leases

**6.1** The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.

*Check one.*
[X] **None**. *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

## PART 7: Vesting of Property of the Estate & Plan Distribution Order

**7.1 Property of the estate will vest in the Debtor(s) upon**

*Check the applicable box:*

[X] Plan confirmation.
[ ] Entry of discharge.
[ ] Other: _____

**7.2 Plan distribution by the trustee will be in the following order:**
*(The numbers below reflect the order of distribution; the same number means prorated distribution among claims with the same number.)*

1. Distribution on Adequate Protection Payments (Part 3, Section 3.6)
1. Distribution on Attorney's Fees (Part 4, Section 4.3)

1. Distribution on Secured Claims (Part 3, Section 3.1) – *Current contractual installment payments*
2. Distribution on Post Confirmation Property Insurance Coverage (Part 4, Section 4.6)
2. Distribution on Secured Claims (Part 3, Section 3.7)
2. Distribution on Secured Claims (Part 3, Section 3.1) – *Arrearage payments*
3. Distribution on Secured Claims (Part 3, Section 3.2)
3. Distribution on Secured Claims (Part 3, Section 3.3)
3. Distribution on Secured Claims (Part 3, Section 3.4)
3. Distribution on Unsecured Claims (Part 6, Section 6.1)
4. Distribution on Priority Claims (Part 4, Section 4.4)
5. Distribution on Priority Claims (Part 4, Section 4.5)
6. Distribution on Unsecured Claims (Part 5, Section 5.2)
6. Distribution on Unsecured Claims (Part 5, Section 5.3)
7. Distribution on General Unsecured claims (Part 5, Section 5.1)

Trustee's fees are disbursed before each of the distributions above described pursuant to 28 U.S.C. § 586(e)(2).

## PART 8: Nonstandard Plan Provisions

**8.1 Check "None" or list the nonstandard plan provisions**

**[ ] None**. *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

*Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.*

**Each paragraph below must be numbered and labeled in boldface type, and with a heading stating the general subject matter of the paragraph.**

The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.

**8.2 This Section modifies LBF-G, Part 2, Section 2.3: Income Tax Refunds to be used to fund the plan:**

**Tax refunds will be devoted each year, as periodic payments, to fund the plan until the plan's completion. The tender of such payments shall deem the plan modified by such amount, increasing the base without the need of further Notice, Hearing or Court Order. If the Debtor(s) need(s) to the use all or portion of such "Tax Refunds", Debtor(s) shall seek Court's authorization prior to any use of funds.**

**8.3 This Section modifies LBF-G, Part 3, Sections 3.1; 3.3; 3.4 and 3.7: Retention of Lien**

**The lien holder of any allowed secured claim, provided for by the plan, in its Part 3, will retain its lien according to the terms and conditions required by 11 USC 1325(a)(5)(B)(i)(I) & (II).**

*Insert additional lines as needed.*

## PART 9: Signature(s)

/s/ Roberto Perez Obregon　　　　　　　　　　　　　　　Date **March  7, 2023**
**Signature of attorney of Debtor(s)**

/s/ ARINED M ROSADO ORTIZ　　　　　　　　　　　　Date **March  7, 2023**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date **March  7, 2023**
**Signature(s) of Debtor(s) (required if not represented by an attorney; otherwise optional)**

**By filing this document, the attorney for Debtor(s) or Debtor(s) themselves, if not represented by an attorney, also certify(ies) that the wording and order of the provisions in this chapter 13 plan are identical to those contained in Local Form G (LBF-G), other than any nonstandard provisions included in Part 8.**

| | | |
|---|---|---|
| ROSADO ORTIZ ARINED MARIE<br>PO BOX 1097<br>BOQUERON PR  00622 | ATTORNEY GENERAL DEPT JUSTICE<br>MAIN BLDG ROOM 5111<br>10TH AND PENNSYLVANIA AVE NW<br>WASHINGTON DC  20530-0001 | CAPITAL ONE<br>PO BOX 71083<br>CHARLOTTE NC  28272-1083 |
| ROBERTO PEREZ OBREGON LAW OFFICE<br>PO BOX 9497<br>BAYAMON PR  00960-9497 | BANCO POPULAR<br>PO BOX 70100<br>SAN JUAN PR  00936-8100 | CAPITAL ONE<br>PO BOX 85015<br>RICHMOND VA  23285-5015 |
| AFFIRM INC<br>CROSS RIVER BANK<br>885 TEANECK ROAD<br>TEANECK NJ  07666 | BANCO POPULAR<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR  00936-6818 | CAPITAL ONE<br>PO BOX 3120<br>MILWAUKEE WI  53201-3120 |
| AFFIRM INC<br>650 CALIFORNIA ST 12TH FLOOR<br>SAN FRANCISCO CA  94108 | BANCO POPULAR<br>PO BOX 362708<br>SAN JUAN PR  00936-2708 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT  84130-0285 |
| AMERICAN EAGLE OUTFITTERS<br>SYNCHRONY BANK<br>PO BOX 960013<br>ORLANDO FL  32896-0013 | BANCO POPULAR<br>PO BOX 70127<br>SAN JUAN PR  00936-8127 | CAPITAL ONE<br>PO BOX 31293<br>SALT LAKE CITY UT  84131 |
| AMERICAN EAGLE OUTFITTERS<br>PO BOX 965004<br>ORLANDO FL  32896-5004 | BANCO POPULAR<br>PO BOX 3228<br>SAN JUAN PR  00936 | CAPITAL ONE<br>PO BOX 70884<br>CHARLOTTE NC  28272-0884 |
| AMERICAN EAGLE OUTFITTERS<br>PO BOX 530942<br>ATLANTA GA  30353-0942 | BANCO POPULAR<br>DIVISION DE PRODUCTOS DE TARJETAS<br>PO BOX 363228<br>SAN JUAN PR  00936-3228 | CAPITAL ONE BANK<br>4125 WINDWARD PLZ<br>ALPHARETTA GA  30005-8738 |
| ASOCIACION DE EMPLEADOS DEL ELA<br>PO BOX 364508<br>SAN JUAN PR  00936-4508 | CAPITAL ONE<br>PO BOX 85520<br>RICHMOND VA  23285-5520 | CITI CARDS<br>CUSTOMER SERVICES<br>PO BOX 142319<br>IRVING TX  75014-2319 |
| ASOCIACION DE EMPLEADOS DEL ELA<br>PO BOX 70290<br>SAN JUAN PR  00936-8290 | CAPITAL ONE<br>CUSTOMER SERVICES<br>PO BOX 30256<br>SALT LAKE CITY UT  84130-0256 | CITI CARDS<br>PO BOX 6241<br>SIOUX FALLS SD  57117-6241 |
| ASSISTANT US ATTORNEY<br>TORRE CHARDON SUITE 1201<br>350 AVE CARLOS CHARDON<br>SAN JUAN PR  00918-2124 | CAPITAL ONE<br>PO BOX 30253<br>SALT LAKE CITY UT  84130-0253 | CITI CARDS<br>PO BOX 6097<br>SIOUX FALLS SD  57117-6097 |

| | | |
|---|---|---|
| CITI CARDS<br>PO BOX 6189<br>SIOUX FALLS SD  57117-6189 | CITI CARDS<br>BANKRUPTCY DEPARTMENT<br>PO BOX 6275<br>SIOUX FALLS SD  57117-6275 | HOME DEPOT CREDIT SERVICES<br>CITIBANK<br>PO BOX 70600<br>PHILADELPHIA PA  19176-0600 |
| CITI CARDS<br>PO BOX 9001016<br>LOUISVILLE KY  40290-1016 | CITI CARDS<br>PO BOX 6217<br>SIOUX FALLS SD  57117-6217 | HOME DEPOT CREDIT SERVICES<br>PO BOX 9001010<br>LOUISVILLE KY  40290-1010 |
| CITI CARDS<br>PO BOX 6497<br>SIOUX FALLS SD  57117-6497 | CITIBANK<br>PO BOX 6191<br>SIOUX FALLS SD  57117-6191 | HOME DEPOT CREDIT SERVICES<br>PO BOX 790034<br>SAINT LOUIS MO  63179-0034 |
| CITI CARDS<br>PO BOX 6062<br>SIOUX FALLS SD  57117-6062 | CITIBANK<br>BANKRUPTCY DEPARTMENT<br>PO BOX 20363<br>KANSAS CITY MO  64195 | HOME DEPOT CREDIT SERVICES<br>PO BOX 6497<br>SIOUX FALLS SD  57117-6497 |
| CITI CARDS<br>PO BOX 9001037<br>LOUISVILLE KY  40290-1037 | COOP DE AH Y CR DE HATILLO<br>AVE PABLO J AGUILAR 7<br>HATILLO PR  00659 | HOME DEPOT CREDIT SERVICES<br>STORE SUPPORT CENTER<br>2455 PACES FERRY RD<br>ATLANTA GA  30339 |
| CITI CARDS<br>PO BOX 6190<br>SIOUX FALLS SD  57117-6190 | COOP DE AH Y CR DE HATILLO<br>PO BOX 95<br>HATILLO PR  00659-0095 | HOME DEPOT CREDIT SERVICES<br>PO BOX 790393<br>ST LOUIS MO  63179 |
| CITI CARDS<br>PO BOX 70166<br>PHILADELPHIA PA  19176-0166 | DEPARTMENT OF TREASURY<br>BANKRUPTCY DEPT OFF 424B<br>PO BOX 9024140<br>SAN JUAN PR  00902-4140 | HOME DEPOT CREDIT SERVICES<br>PO BOX 790328<br>SAINT LOUIS MO  63179-0328 |
| CITI CARDS<br>PO BOX 790057<br>SAINT LOUIS MO  63179-0057 | DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>PHILADELPHIA PA  19255-0001 | HOSPITAL DE TRAUMA<br>CENTRO MEDICO<br>PO BOX 2129<br>SAN JUAN PR  00922-2129 |
| CITI CARDS<br>PO BOX 6004<br>SIOUX FALLS SD  57117-6004 | FREEDOM ROAD FINANCIAL<br>PO BOX 4597<br>OAK BROOK IL  60522 | INTERNAL REVENUE SERVICE<br>CITY VIEW PLAZA II<br>48 CARR 165 STE 2000<br>GUAYNABO PR  00968-8000 |
| CITI CARDS<br>PO BOX 6500<br>SIOUX FALLS SD  57117 | FREEDOM ROAD FINANCIAL<br>10605 DOUBLE R BLVD<br>RENO NV  89521 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA  19101-7346 |

MUEBLERIAS BERRIOS
PO BOX 674
CIDRA PR  00739-0674

PAYPAL CREDIT
PO BOX 965003
ORLANDO FL  32896-5003

SYNCHRONY BANK
PO BOX 965023
ORLANDO FL  32896-5023

PAYPAL CREDIT
SYNCHRONY BANK
PO BOX 960006
ORLANDO FL  32896-0006

PAYPAL CREDIT
BANKRUPTCY DEPARTMENT
PO BOX 965064
ORLANDO FL  32896-5064

SYNCHRONY BANK
PO BOX 965024
ORLANDO FL  32896-5024

PAYPAL CREDIT
PO BOX105658
ATLANTA GA  30348-5658

PAYPAL CREDIT
BANKRUPTCY DEPARTMENT
PO BOX 965060
ORLANDO FL  32896-5060

SYNCHRONY BANK
PO BOX 965064
ORLANDO FL  32896-5064

PAYPAL CREDIT
PO BOX 5138
TIMONIUM MD  21094

RODRIGUEZ FERNANDEZ LAW OFF PSC
PO BOX 71418
SAN JUAN PR  00936-8518

SYNCHRONY BANK
PO BOX 965036
ORLANDO FL  32896-5036

PAYPAL CREDIT
PO BOX 965004
ORLANDO FL  32896-5004

SYNCHRONY BANK
PO BOX 960061
ORLANDO FL  32896-0061

SYNCHRONY BANK
PO BOX 364788
SAN JUAN PR  00936-4788

PAYPAL CREDIT
PO BOX 5018
TIMONIUM MD  21094

SYNCHRONY BANK
BANKRUPTCY DEPARTMENT
PO BOX 965060
ORLANDO FL  32896-5060

SYNCHRONY BANK
BANKRUPTCY DEPARTMENT
PO BOX 965061
ORLANDO FL  32896-5061

PAYPAL CREDIT
PO BOX 71202
CHARLOTTE NC  28272-1202

SYNCHRONY BANK
PO BOX 965003
ORLANDO FL  32896-5003

SYNCHRONY BANK
PO BOX 965013
ORLANDO FL  32896-5013

PAYPAL CREDIT
PO BOX 960080
ORLANDO FL  32896-0080

SYNCHRONY BANK
PO BOX 965005
ORLANDO FL  32896-5005

SYNCHRONY BANK
PO BOX 965015
ORLANDO FL  32896-5015

PAYPAL CREDIT
PO BOX 960006
ORLANDO FL  32896-0006

SYNCHRONY BANK
PO BOX 965033
ORLANDO FL  32896-5033

SYNCHRONY BANK
PO BOX 965016
ORLANDO FL  32896-5016

PAYPAL CREDIT
PO BOX 965005
ORLANDO FL  32896-5005

SYNCHRONY BANK
PO BOX 965035
ORLANDO FL  32896-5035

SYNCHRONY BANK
PO BOX 965022
ORLANDO FL  32896-5022

WALMART
PO BOX 530942
ATLANTA GA  30353-0942


WALMART
PO BOX 530927
ATLANTA GA  30353-0927


WALMART
PO BOX 965024
ORLANDO FL  32896-5024


WALMART
PO BOX 981064
EL PASO TX  79998-1064


WALMART
PO BOX 965023
ORLANDO FL  32896-5023


WALMART
PO BOX 965004
ORLANDO FL  32896-5004


WALMART
PO BOX 965022
ORLANDO FL  32896-5022


WALMART
PO BOX 4960 3680 PMB 725
CAGUAS PR  00726


WALMART
PO BOX 30281
SALT LAKE CITY UT  84130-0281


WALMART
CAPITAL ONE
PO BOX 71087
CHARLOTTE NC  28272-1087