# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 22-03468 (MAG) |
| | * | |
| ARINED M ROSADO ORTIZ | * | CHAPTER 13 |
| | * | |
| **Debtor** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION SUBMITTING POST-CONFIRMATION MODIFICATION
### DATED AUGUST 13, 2024

**TO THE HONORABLE COURT:**

**COMES NOW**, the above-named Debtor through the undersigned attorney and very respectfully prays, alleges and requests:

1. In the instant case, Debtor submits the post-confirmation modified plan dated August 13, 2024 to **modify §8 as per Trustee report filed at Docket #44**

### NOTICE

Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the motion will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may – in its discretion – schedule a hearing. 9013-1(h)(1).

**WHEREFORE,** Debtor respectfully moves this Honorable Court to enter an order confirming the Post Confirmation Modification of the Chapter 13 Plan dated August 13, 2024.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true copy of this motion has been sent to: Chapter 13 Trustee, Jose R. Carrion, Esq., P.O. Box 9023884, San Juan, PR 00902-3884 and to all creditors as per Master Address List attached herein.

In Bayamón, Puerto Rico, this August 13, 2024.

*/s/ Roberto Pérez Obregón*
**ROBERTO PÉREZ OBREGÓN**
**PO BOX 9497**
**BAYAMON PR  00960 8041**
**TEL.:  787-787-9883**
**U.S.D.C. #202003**
elizabethalemany@msn.com
rperez23@msn.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

In Re:
ARINED MARIE ROSADO ORTIZ

xxx-xx-9090

Case No.: 2:22-bk-3468

Chapter 13

☐ Check if this is a pre-confirmation amended plan

☒ Check if this is a post confirmation amended plan
Proposed by:
☒ Debtor(s)
☐ Trustee
☐ Unsecured creditor(s)

**Puerto Rico Local Form G**

**Chapter 13 Plan dated** August 13, 2024 .

If this is an amended plan, list below the sections of the plan that have been changed.
8

# PART 1: Notices

**To Debtor(s):** **This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable.**

*In the following notice to creditors, you must check each box that applies*

**To Creditors:** **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. The headings contained in this plan are inserted for reference purposes only and shall not affect the meaning or interpretation of this plan.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court.** The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you must file a timely proof of claim in order to be paid under this plan, unless ordered otherwise.

If a claim is withdrawn by a creditor or amended to an amount less than the amount already disbursed under the plan on account of such claim: (1) The trustee is authorized to discontinue any further disbursements to related claim; (2) The sum allocated towards the payment of such creditor's claim shall be disbursed by the trustee to Debtor's remaining creditors. (3) If such creditor has received monies from the trustee (Disbursed Payments), the creditor shall return funds received in excess of the related claim to the trustee for distribution to Debtor's remaining creditors. (4) If Debtor has proposed a plan that repays his or her creditors in full, funds received in excess of the related claim shall be returned to the Debtor.

The following matters may be of particular importance. Debtor(s) must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☒ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ☒ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☒ Included | ☐ Not Included |

# PART 2: Plan Payments and Length of Plan

2.1 **Debtor(s) will make payments to the trustee as follows:**

| PMT Amount | Period(s) | Period(s) Totals | Comments |
|---|---|---|---|
| $230.00 | Months 1 through 58 | $13,340.00 | |

| Debtor | ARINED MARIE ROSADO ORTIZ | | Case number | 2:22-bk-3468 |
|---|---|---|---|---|

| | $310.00 | Months 59 through 60 | $620.00 | Additional funds in the amount of $80 from maturity date ofretirement loan |
|---|---|---|---|---|
| | Subtotals | 60 Months | $13,960.00 | |

*Insert additional lines if needed*

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

2.2 **Regular payments to the trustee will be made from future income in the following manner:**

*Check all that apply*
- ☐ Debtor(s) will make payments pursuant to a payroll deduction order.
- ☒ Debtor(s) will make payments directly to the trustee.
- ☐ Other (specify method of payment): _____

2.3 **Income tax refunds:**

Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will comply with 11 U.S.C. § 1325(b)(2). If the Debtor(s) need(s) to use all or a portion of such "Tax Refunds," Debtor(s) shall seek court authorization prior to any use thereof.

2.4 **Additional payments:**

*Check one.*
- ☒ **None**. *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

# PART3: Treatment of Secured Claims

3.1 **Maintenance of payments and cure of default, if any.**

*Check one.*
- ☐ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*
- ☒ The Debtor(s) will maintain the current contractual installment payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed either by the trustee or directly by the Debtor(s), as specified below. Any existing arrearage on a listed claim will be paid in full through disbursements by the trustee, with interest, if any, at the rate stated, pro-rated unless a specific amount is provided below. Unless otherwise ordered by the court, the amounts listed on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) control over any contrary amounts listed below as to the current installment payment and arrearage. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. If relief from the automatic stay is ordered as to any item of collateral listed in this paragraph, then, unless otherwise ordered by the court, all payments under this paragraph as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan. The final column includes only payments disbursed by the trustee rather than by the Debtor(s).

| Name of Creditor | Collateral | Current installment payments (including escrow) | Amount of arrearage (if any) | Interest rate on arrearage (if any) | Monthly PMT on arrearage | Estimated total payments by trustee |
|---|---|---|---|---|---|---|
| BANCO POPULAR | PERSONAL LOAN WITH RETIREMENT PLAN AS COLLATERAL MAT DATE DUE: 10/2027 | $79.25<br>Disbursed by:<br>☐ Trustee<br>☒ Debtor(s) | $1.00 | | | $1.00 |

*Insert additional claims as needed.*

3.2 **Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.**

*Check one.*

| Debtor | ARINED MARIE ROSADO ORTIZ | Case number | 2:22-bk-3468 |
|---|---|---|---|

☒ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

3.3 **Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*

☒ **None.** *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

3.4 **Lien Avoidance**.

*Check one.*

☒ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

3.5 **Surrender of collateral.**

*Check one.*

☐ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

☒ The Debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The Debtor(s) request that upon confirmation of this plan, the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| **Name of creditor** | **Collateral** |
|---|---|
| ASOCIACION DE EMPLEADOS DEL ELA | Savings and Shares Account |
| COOP DE AH Y CR DE HATILLO | Shares Account |
| FREEDOM ROAD FINANCIAL | 2021 DUKE 390 MOTORCYCLE ENGINE #MD2JPJ400MC286902 |

*Insert additional claims as needed.*

3.6 **Pre-confirmation adequate protection monthly payments ("APMP") to be paid by the trustee.**

☒ Payments pursuant to 11 USC §1326(a)(1)(C):

| *Name of secured creditor* | *$ Amount of APMP* | *Comments* |
|---|---|---|
| MUEBLERIAS BERRIOS | 15.00 | |

*Insert additional claims as needed.*

Pre-confirmation adequate protection payments made through the plan by the trustee are subject to the corresponding statutory fee.

3.7 **Other secured claims modifications.**

*Check one.*

☐ **None.** *If "None" is checked, the rest of § 3.7 need not be completed or reproduced.*

☒ Secured claims listed below shall be modified pursuant to 11 U.S.C. § 1322(b)(2) and/or § 1322(c)(2). Upon confirmation, the trustee shall pay the allowed claim as expressly modified by this section, at the annual interest rate and monthly payments described below. Any listed claim will be paid in full through disbursements by the trustee, with interest, if any, at the rate stated, pro-rated unless a specific amount is provided below. Unless otherwise ordered by the court, the amounts listed on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) control over any contrary amounts listed below. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. If no monthly payment amount is listed below, distribution will be prorated according to plan section 7.2.

| Name of creditor | Claim ID# | Claim Amount | Modified interest rate | Modified term (*Months*) | Modified P&I | Property taxes (*Escrow*) | Property Insurance (*Escrow*) | Total monthly payment | Estimated total PMTs by trustee |
|---|---|---|---|---|---|---|---|---|---|

| Debtor | ARINED MARIE ROSADO ORTIZ | | | | Case number | | 2:22-bk-3468 | |
|---|---|---|---|---|---|---|---|---|
| Name of creditor | Claim ID# | Claim Amount | Modified interest rate | Modified term (*Months*) | Modified P&I | Property taxes (*Escrow*) | Property Insurance (*Escrow*) | Total monthly payment | Estimated total PMTs by trustee |
| MUEBLERIAS BERRIOS | 4-1 | $7,139.88 ☒ To be paid in full 100% | | | | | | | $7,139.88 |

*Insert additional claims as needed.*

## PART 4: Treatment of Fees and Priority Claims

4.1 **General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

4.2 **Trustee's fees**
Trustee's fees are governed by statute and may vary during the term of the plan, nevertheless are estimated for confirmation purposes to be 10 % of all plan payments received by the trustee during the plan term.

4.3 **Attorney's fees**

Check one.

☒ **Flat Fee:** Attorney for Debtor(s) elect to be compensated as a flat fee for their legal services, up to the plan confirmation, according to LBR 2016-1(f).

**OR**

☐ **Fee Application:** The attorneys' fees amount will be determined by the court, upon the approval of a detailed application for fees and expenses, filed not later than 14 days from the entry of the confirmation order.

| | |
|---|---|
| Attorney's fees paid pre-petition: | $ 400.00 |
| Balance of attorney's fees to be paid under this plan are estimated to be: | $ 3,600.00 |
| If this is a post-confirmation amended plan, estimated attorney's fees: | $ 500.00 |

4.4 **Priority claims other than attorney's fees and those treated in §§ 4.5, 4.6**

*Check one.*
☐ **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

☒ The Trustee shall pay in full all allowed claims entitled to priority under §507, §1322(a)(2), estimated in $368.49

| Name of priority creditor | Estimate amount of claim to be paid |
|---|---|
| DEPARTMENT OF TREASURY | $368.49 |

*Insert additional claims as needed.*

4.5 **Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**

*Check one.*
☒ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

4.6 **Post confirmation property insurance coverage**
*Check one.*
☒ **None.** *If "None" is checked, the rest of § 4.6 need not be completed or reproduced.*

| Debtor | ARINED MARIE ROSADO ORTIZ | Case number | 2:22-bk-3468 |
|--------|---------------------------|-------------|--------------|

## PART 5: Treatment of Nonpriority Unsecured Claims

**5.1** **Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid pro rata. If more than one option is checked, the option providing the largest payment will be effective.

*Check all that apply.*

- ☐ The sum of $ ____ .
- ☐ ____% of the total amount of these claims, an estimated payment of $____.
- ☒ The funds remaining after disbursements have been made to all other creditors provided for in this plan.
- ☒ If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $ **0.00** .

**5.2** **Maintenance of payments and cure of any default on nonpriority unsecured claims.**

*Check one.*

☒ **None.** *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

**5.3** **Other separately classified nonpriority unsecured claims.**
*Check one.*

☒ **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

## PART 6: Executory Contracts and Unexpired Leases

**6.1** The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.

*Check one.*

☒ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

## PART 7: Vesting of Property of the Estate & Plan Distribution Order

**7.1** **Property of the estate will vest in the Debtor(s) upon**
*Check the appliable box:*
- ☒ Plan confirmation.
- ☐ Entry of discharge.
- ☐ Other: _____

**7.2** **Plan distribution by the trustee will be in the following order:**
(The numbers below reflect the order of distribution; the same number means prorated distribution among claims with the same number.)

1. Distribution on Adequate Protection Payments (Part 3, Section 3.6)
1. Distribution on Attorney's Fees (Part 4, Section 4.3)
1. Distribution on Secured Claims (Part 3, Section 3.1) – *Current contractual installment payments*
2. Distribution on Post Confirmation Property Insurance Coverage (Part 4, Section 4.6)
2. Distribution on Secured Claims (Part 3, Section 3.7)
2. Distribution on Secured Claims (Part 3, Section 3.1) – Arrearage payments
3. Distribution on Secured Claims (Part 3, Section 3.2)
3. Distribution on Secured Claims (Part 3, Section 3.3)
3. Distribution on Secured Claims (Part 3, Section 3.4)
3. Distribution on Unsecured Claims (Part 6, Section 6.1)
4. Distribution on Priority Claims (Part 4, Section 4.4)
5. Distribution on Priority Claims (Part 4, Section 4.5)
6. Distribution on Unsecured Claims (Part 5, Section 5.2)
6. Distribution on Unsecured Claims (Part 5, Section 5.3)

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

| Debtor | ARINED MARIE ROSADO ORTIZ | Case number | 2:22-bk-3468 |
|---|---|---|---|

7. Distribution on General Unsecured claims (Part 5, Section 5.1)

Trustee's fees are disbursed before each of the distributions above described pursuant to 28 U.S.C. § 586(e)(2).

## PART 8: Nonstandard Plan Provisions

**8.1** **Check "None" or list the nonstandard plan provisions**
☐ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

*Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.*

**Each paragraph below must be numbered and labeled in boldface type, and with a heading stating the general subject matter of the paragraph.**

The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.

**8.2 This Section modifies LBF-G, Part 2, Section 2.3: Income Tax Refunds to be used to fund the plan:**

Tax refunds will be devoted each year, as periodic payments, to fund the plan until the plan's completion. The tender of such payments shall deem the plan modified by such amount, increasing the base without the need of further Notice, Hearing or Court Order. If the Debtor(s) need(s) to the use all or portion of such "Tax Refunds", Debtor(s) shall seek Court's authorization prior to any use of funds

**8.2 This Section modifies LBF-G, Part 2, Section 2.4: Additional Payments:**

At the time of filing of the instant case, Debtor is an employee of the Commonwealth of Puerto Rico government. If awarded any additional bonus, incentive or compensation, Debtor is to devote 50% of such monies to fund the Chapter 13 Plan, beginning in 2024 and throughout the commitment period of the plan. The tender of such payments shall deem the plan modified by such amount, increasing the base without the need of further Notice, Hearing or Court Order. If the Debtor(s) need(s) to the use all or portion of such bonus, incentive or compensation, Debtor(s) shall seek Court's authorization prior to any use of funds.
The terms of this provision are also applicable to any additional bonus, incentive or compensation received from any employer other than the Commonwealth of Puerto Rico.

**8.3 This Section modifies LBF-G, Part 3, Sections 3.1; 3.3; 3.4 and 3.7: Retention of Lien**

The lien holder of any allowed secured claim, provided for by the plan, in its Part 3, will retain its lien according to the terms and conditions required by 11 USC 1325(a)(5)(B)(i)(I) & (II).

**8.3 This Section modifies LBF-G, Part 3, Section 3.1: Other:**

Prior to this post confirmation plan, Trustee correctly disbursed the amount of $267.76 to FreedomRoad Financial (Proof of Claim #1) per the confirmed plan. Trustee does not have to recover the $267.76 from the creditor. With the treatment of such creditor in this post confirmation plan pursuant to Part 3.5, Trustee is not to make any further disbursements to this creditor unless filed as a deficiency.

*Insert additional lines as needed.*

## PART 9: Signature(s)

/s/ ROBERTO PEREZ-OBREGON          Date    August 13, 2024
ROBERTO PEREZ-OBREGON 202003
**Signature of Attorney of Debtor(s)**

/s/ ARINED M ROSADO ORTIZ          Date    August 13, 2024
ARINED MARIE ROSADO ORTIZ

**By filing this document, the attorney for Debtor(s) or Debtor(s) themselves, if not represented by an attorney, also certify(ies) that the wording and order of the provisions in this chapter 13 plan are identical to those contained in Local Form G (LBF-G), other than any nonstandard provisions included in Part 8.**

ARINED MARIE ROSADO ORTIZ
PO BOX 1097
BOQUERON PR 00622

ARINED MARIE ROSADO ORTIZ
PO BOX 1097
BOQUERON PR 00622

ROBERTO PEREZ-OBREGON
DD7 COMERIO AVE
BAYAMON PR 00960-9497

AFFIRM INC
CROSS RIVER BANK   885 TEANECK ROAD
TEANECK NJ 07666

AFFIRM INC
650 CALIFORNIA ST 12TH FLOOR
SAN FRANCISCO CA 94108

AMERICAN EAGLE OUTFITTERS
SYNCHRONY BANK   PO BOX 960013
ORLANDO FL 32896-0013

AMERICAN EAGLE OUTFITTERS
PO BOX 965004
ORLANDO FL 32896-5004

AMERICAN EAGLE OUTFITTERS
PO BOX 530942
ATLANTA GA 30353-0942

ASOCIACION DE EMPLEADOS DEL ELA
PO BOX 364508
SAN JUAN PR 00936-4508

ASOCIACION DE EMPLEADOS DEL ELA
PO BOX 70290
SAN JUAN PR 00936-8290

ASSISTANT US ATTORNEY
TORRE CHARDON SUITE 1201
350 AVE CARLOS CHARDON
SAN JUAN PR 00918-2124

ATTORNEY GENERAL DEPT JUSTICE
MAIN BLDG ROOM 5111
10TH AND PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001

BANCO POPULAR
PO BOX 70100
SAN JUAN PR 00936-8100

BANCO POPULAR
DIVISION DE PRODUCTOS DE TARJETAS
PO BOX 363228
SAN JUAN PR 00936-3228

BANCO POPULAR
BANKRUPTCY DEPARTMENT   PO BOX 366818
SAN JUAN PR 00936-6818

BANCO POPULAR
PO BOX 362708
SAN JUAN PR 00936-2708

BANCO POPULAR
BANKRUPTCY DEPARTMENT PO BOX 366818
SAN JUAN PR 00936-6818

BANCO POPULAR
PO BOX 70127
SAN JUAN PR 00936-8127

BANCO POPULAR
PO BOX 3228
SAN JUAN PR 00936

BANCO POPULAR
DIVISION DE PRODUCTOS DE TARJETAS PO BOX
SAN JUAN PR 00936-3228

BANCO POPULAR
PO BOX 362708
SAN JUAN PR 00936-2708

BANCO POPULAR
BANKRUPTCY DEPARTMENT PO BOX 366818
SAN JUAN PR 00936-6818

BANCO POPULAR
PO BOX 70127
SAN JUAN PR 00936-8127

CAPITAL ONE
PO BOX 85520
RICHMOND VA 23285-5520

CAPITAL ONE
CUSTOMER SERVICES PO BOX 30256
SALT LAKE CITY UT 84130-0256

CAPITAL ONE
PO BOX 30253
SALT LAKE CITY UT 84130-0253

CAPITAL ONE
PO BOX 71083
CHARLOTTE NC 28272-1083

CAPITAL ONE
PO BOX 85015
RICHMOND VA 23285-5015

CAPITAL ONE
PO BOX 3120
MILWAUKEE WI 53201-3120

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY UT 84131

CAPITAL ONE
PO BOX 70884
CHARLOTTE NC 28272-0884

CAPITAL ONE BANK
4125 WINDWARD PLZ
ALPHARETTA GA 30005-8738

CITI CARDS
CUSTOMER SERVICES PO BOX 142319
IRVING TX 75014-2319

CITI CARDS
PO BOX 6241
SIOUX FALLS SD 57117-6241

CITI CARDS
PO BOX 6097
SIOUX FALLS SD 57117-6097

CITI CARDS
PO BOX 6189
SIOUX FALLS SD 57117-6189

CITI CARDS
PO BOX 9001016
LOUISVILLE KY 40290-1016

CITI CARDS
PO BOX 6497
SIOUX FALLS SD 57117-6497

CITI CARDS
PO BOX 6062
SIOUX FALLS SD 57117-6062

CITI CARDS
PO BOX 9001037
LOUISVILLE KY 40290-1037

CITI CARDS
PO BOX 6190
SIOUX FALLS SD 57117-6190

CITI CARDS
PO BOX 70166
PHILADELPHIA PA 19176-0166

CITI CARDS
PO BOX 790057
SAINT LOUIS MO 63179-0057

CITI CARDS
PO BOX 6004
SIOUX FALLS SD 57117-6004

CITI CARDS
PO BOX 6500
SIOUX FALLS SD 57117

CITI CARDS
BANKRUPTCY DEPARTMENT PO BOX 6275
SIOUX FALLS SD 57117-6275

CITI CARDS
PO BOX 6217
SIOUX FALLS  SD 57117-6217

CITI CARDS
CUSTOMER SERVICES PO BOX 142319
IRVING TX 75014-2319

CITI CARDS
PO BOX 6241
SIOUX FALLS SD 57117-6241

CITI CARDS
PO BOX 6097
SIOUX FALLS SD 57117-6097

CITI CARDS
PO BOX 6189
SIOUX FALLS SD 57117-6189

CITI CARDS
PO BOX 9001016
LOUISVILLE KY 40290-1016

CITI CARDS
PO BOX 6497
SIOUX FALLS SD 57117-6497

CITI CARDS
PO BOX 6062
SIOUX FALLS SD 57117-6062

CITI CARDS
PO BOX 6190
SIOUX FALLS SD 57117-6190

CITI CARDS
PO BOX 9001037
LOUISVILLE KY 40290-1037

CITI CARDS
PO BOX 70166
PHILADELPHIA PA 19176-0166

CITI CARDS
PO BOX 790057
SAINT LOUIS MO 63179-0057

CITI CARDS
PO BOX 6004
SIOUX FALLS SD 57117-6004

CITI CARDS
PO BOX 6500
SIOUX FALLS SD 57117

CITI CARDS
BANKRUPTCY DEPARTMENT PO BOX 6275
SIOUX FALLS SD 57117-6275

CITI CARDS
PO BOX 6217
SIOUX FALLS SD 57117-6217

CITIBANK
PO BOX 6191
SIOUX FALLS SD 57117-6191

CITIBANK
BANKRUPTCY DEPARTMENT PO BOX 20363
KANSAS CITY MO 64195

CITIBANK
PO BOX 6191
SIOUX FALLS SD 57117-6191

CITIBANK
BANKRUPTCY DEPARTMENT PO BOX 20363
KANSAS CITY MO 64195

COOP DE AH Y CR DE HATILLO
PO BOX 95
HATILLO PR 00659-0095

COOP DE AH Y CR DE HATILLO
AVE PABLO J AGUILAR 7
HATILLO PR 00659

DEPARTMENT OF TREASURY
BANKRUPTCY DEPT OFF 424B
PO BOX 9024140
SAN JUAN PR 00902-4140

DEPARTMENT OF TREASURY
BANKRUPTCY DEPT OFF 424B
PO BOX 9024140
SAN JUAN PR 00902-4140

DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA PA 19255-0001

FREEDOM ROAD FINANCIAL
PO BOX 4597
OAK BROOK IL 60522

FREEDOM ROAD FINANCIAL
10605 DOUBLE R BLVD
RENO NV 89521

HOME DEPOT CREDIT SERVICES
CITIBANK   PO BOX 70600
PHILADELPHIA PA 19176-0600

HOME DEPOT CREDIT SERVICES
PO BOX 9001010
LOUISVILLE KY 40290-1010

HOME DEPOT CREDIT SERVICES
PO BOX 790034
SAINT LOUIS MO 63179-0034

HOME DEPOT CREDIT SERVICES
PO BOX 6497
SIOUX FALLS SD 57117-6497

HOME DEPOT CREDIT SERVICES
STORE SUPPORT CENTER 2455 PACES FERRY RD
ATLANTA GA 30339

HOME DEPOT CREDIT SERVICES
PO BOX 790393
ST LOUIS MO 63179

HOME DEPOT CREDIT SERVICES
PO BOX 790328
SAINT LOUIS MO 63179-0328

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

HOSPITAL DE TRAUMA
CENTRO MEDICO   PO BOX 2129
SAN JUAN PR 00922-2129

INTERNAL REVENUE SERVICE
CITY VIEW PLAZA II
48 CARR 165 STE 2000
GUAYNABO PR 00968-8000

PAYPAL CREDIT
PO BOX105658
ATLANTA GA 30348-5658

MUEBLERIAS BERRIOS
PO BOX 674
CIDRA PR 00739-0674

PAYPAL CREDIT
SYNCHRONY BANK   PO BOX 960006
ORLANDO FL 32896-0006

PAYPAL CREDIT
PO BOX 5018
TIMONIUM MD 21094

PAYPAL CREDIT
PO BOX 5138
TIMONIUM MD 21094

PAYPAL CREDIT
PO BOX 965004
ORLANDO FL 32896-5004

PAYPAL CREDIT
PO BOX 965004
ORLANDO FL 32896-5004

PAYPAL CREDIT
PO BOX 71202
CHARLOTTE NC 28272-1202

PAYPAL CREDIT
PO BOX 960080
ORLANDO FL 32896-0080

PAYPAL CREDIT
PO BOX 960006
ORLANDO FL 32896-0006

PAYPAL CREDIT
PO BOX 965005
ORLANDO FL 32896-5005

PAYPAL CREDIT
PO BOX 965003
ORLANDO FL 32896-5003

PAYPAL CREDIT
BANKRUPTCY DEPARTMENT PO BOX 965064
ORLANDO FL 32896-5064

PAYPAL CREDIT
BANKRUPTCY DEPARTMENT PO BOX 965060
ORLANDO FL 32896-5060

RODRIGUEZ FERNANDEZ LAW OFF PSC
PO BOX 71418
SAN JUAN PR 00936-8518

SYNCHRONY BANK
BANKRUPTCY DEPARTMENT PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANK
PO BOX 965003
ORLANDO FL 32896-5003

SYNCHRONY BANK
PO BOX 965005
ORLANDO FL 32896-5005

SYNCHRONY BANK
PO BOX 965033
ORLANDO FL 32896-5033

SYNCHRONY BANK
PO BOX 965035
ORLANDO FL 32896-5035

SYNCHRONY BANK
PO BOX 965023
ORLANDO FL 32896-5023

SYNCHRONY BANK
PO BOX 965024
ORLANDO FL 32896-5024

SYNCHRONY BANK
PO BOX 965064
ORLANDO FL 32896-5064

SYNCHRONY BANK
PO BOX 965036
ORLANDO FL 32896-5036

SYNCHRONY BANK
PO BOX 364788
SAN JUAN PR 00936-4788

SYNCHRONY BANK
BANKRUPTCY DEPARTMENT PO BOX 965061
ORLANDO FL 32896-5061

SYNCHRONY BANK
PO BOX 965013
ORLANDO FL 32896-5013

SYNCHRONY BANK
PO BOX 965015
ORLANDO FL 32896-5015

SYNCHRONY BANK
PO BOX 965016
ORLANDO FL 32896-5016

SYNCHRONY BANK
PO BOX 965022
ORLANDO FL 32896-5022

SYNCHRONY BANK
PO BOX 960061
ORLANDO FL 32896-0061

SYNCHRONY BANK
PO BOX 960061
ORLANDO FL 32896-0061

SYNCHRONY BANK
BANKRUPTCY DEPARTMENT PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANK
PO BOX 965003
ORLANDO FL 32896-5003

SYNCHRONY BANK
PO BOX 965005
ORLANDO FL 32896-5005

SYNCHRONY BANK
PO BOX 965033
ORLANDO FL 32896-5033

SYNCHRONY BANK
PO BOX 965035
ORLANDO FL 32896-5035

SYNCHRONY BANK
PO BOX 965023
ORLANDO FL 32896-5023

SYNCHRONY BANK
PO BOX 965024
ORLANDO FL 32896-5024

SYNCHRONY BANK
PO BOX 965064
ORLANDO FL 32896-5064

SYNCHRONY BANK
PO BOX 965036
ORLANDO FL 32896-5036

SYNCHRONY BANK
PO BOX 364788
SAN JUAN PR 00936-4788

SYNCHRONY BANK
BANKRUPTCY DEPARTMENT PO BOX 965061
ORLANDO FL 32896-5061

SYNCHRONY BANK
PO BOX 965013
ORLANDO FL 32896-5013

SYNCHRONY BANK
PO BOX 965015
ORLANDO FL 32896-5015

SYNCHRONY BANK
PO BOX 965016
ORLANDO FL 32896-5016

SYNCHRONY BANK
PO BOX 965022
ORLANDO FL 32896-5022

SYNCHRONY BANK
PO BOX 960061
ORLANDO FL 32896-0061

WALMART
CAPITAL ONE   PO BOX 71087
CHARLOTTE NC 28272-1087

WALMART
PO BOX 530942
ATLANTA GA 30353-0942

WALMART
PO BOX 530927
ATLANTA GA 30353-0927

WALMART
PO BOX 965024
ORLANDO FL 32896-5024

WALMART
PO BOX 981064
EL PASO TX 79998-1064

WALMART
PO BOX 965023
ORLANDO FL 32896-5023

WALMART
PO BOX 965004
ORLANDO FL 32896-5004

WALMART
PO BOX 965022
ORLANDO FL 32896-5022

WALMART
PO BOX 4960 3680 PMB 725
CAGUAS PR 00726

WALMART
PO BOX 30281
SALT LAKE CITY UT 84130-0281