**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**ARINED MARIE ROSADO ORTIZ**<br>aka ARINED M ROSADO, aka ARINED M ROSADO ORTIZ, aka ARINED ROSADO ORTIZ, aka ARINED ROSADO<br><br>xxx–xx–9090<br><br>Debtor(s) | Case No. **22–03468 MAG**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 9/9/24 |

*ORDER GRANTING MODIFICATION OF PLAN AFTER CONFIRMATION*
*AND DENYING MOTION FOR DISMISSAL*

This case is before the Court on Debtor's(s') motion under 11 U.S.C. §1329 to modify the confirmed plan and to approve the amended plan 8/13/24 (docket entry # 46). It appearing that due notice was given and that there are no objections, the Court hereby grants debtor's(s') motion.

It further appearing that the amended plan addresses the grounds for dismissal on TRUSTEE's motion to dismiss, (docket entry #38) the same is hereby denied.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this Monday, September 9, 2024 .

MARIA DE LOS ANGELES GONZALEZ
United States Bankruptcy Judge